*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Raymond H. Shockley, Jr., Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| IN RE: LaMARK and CORETTA L. MACK<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No. 15-25533 (JNP)<br><br>*OBJECTION TO FORM 22C AND PLAN* |

Isabel C. Balboa, Chapter 13 Trustee, hereby objects to the expenses/deductions included in Debtors' Amended Form 22C-2, pursuant to 11 U.S.C. § 1325(b)(3).

1. Pursuant to Debtors' Form 22C-1, Debtors' annualized income is above the applicable median income for a family of three (3). Therefore, Debtors were required to complete Form 22C-2.

2. Debtors' Form 22C-2 contains the following errors:

   a. Line 6b should contain the amount of payments secured by Debtors' residence which will be contractually due in the next 60 months, divided by 60. This line was left blank; it should have contained the amount of the mortgage payment: $685.00.
   b. Lines 9c should be the amount derived by subtracting the amount in Line 9b from the amount in Line 9a ($1,338.00 – $685.00 = $653.00): $653.00.
   c. Lines 13c and 13f claim car ownership expenses, however, both vehicles are being paid in full through the plan. *See, Ransom v. FIA Card Services*, 131 S.Ct. 716 (2011). Lines 13c and 13f should both be $0.00.
   d. Line 33g contains a similar error and, for the same reason as cited in subsection c above, should be $0.00.

3. The corrected total on Line 24 should be $7,046.00.

4. Adding the corrected Line 24 and Line 37 ($7,046.00 + 603.45) provides the corrected amount for Total Deductions from Income in line 38: $7,649.45.

5. Subtracting the total permitted deductions from the total current monthly income ($9,569 -- $7,649.45) results in monthly disposable income in the amount of $1,919.55.

6. Based upon the Trustee's calculation of the monthly disposable income, Debtors can afford a dividend to unsecured creditors in an amount up to $115,173.00 ($1,919.55 x 60).

7. Debtors' Schedule F reports unsecured debt in the amount of $9,164.00. Additionally, as of this writing, the Internal Revenue Service has filed an unsecured claim in the amount of $24,522.94. However, Debtors propose to pay only $735.00 per month with a small pro rate dividend to unsecured creditors.

                                            Respectfully submitted,

Dated: October 20, 2015          /s/ *Raymond H. Shockley, Jr.*
                                            Raymond H. Shockley, Jr.
                                            Staff Attorney