15-25553 JNP

December 6, 2016

To; The Bankruptcy Court of Isabel C. Belboa

**I am writing this letter to you in regards of seeing if there is any possible way that, I may have my payments reduce to the amount of $1000.00 a month. That will help me to maintain the other monthly bills. I realized that I have missed a couple payments, due to not enough funds to pay the monthly payments as well as the rest of my household bills. If possible could I have the arrears placed at the back of the book.**

Sincerely

*[signature]*
LaMark Mack Sr.

My Proposal

FILED JAMES J. WALDRON, CLERK DEC -8 2016 U.S. BANKRUPTCY COURT CAMDEN, N.J. BY R.K. DEPUTY